IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALICIA GILMORE, on Behalf of Herself
and All Other Similarly Situated                                          PLAINTIFF

v.                              No. 3:22-cv-123-DPM

ARCARE, INC.                                                              DEFENDANT

ORDER

This case raises substantially similar issues to 3:22-cv-117-BSM and involves related claims. Judge Miller has agreed to accept a transfer, and that would promote judicial economy. The Court therefore directs the Clerk to reassign this case to Judge Miller. GENERAL ORDER NO. 39 § (b)(5).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 June 2022