IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALICIA GILMORE**                                                                    **PLAINTIFF**

v.                           **Case No. 3:22-CV-00123-BSM**

**ARCARE INC.**                                                                        **DEFENDANT**

## ORDER

ARcare's motion to stay [Doc. No. 50] was granted in lead case 3:22-cv-00117-BSM.

This consolidated case is stayed pending the resolution of ARcare's appeal.

IT IS SO ORDERED this 19th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE