## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ALICIA GILMORE**                                                    **PLAINTIFF**

**v.**                    **Consolidated Case No. 3:22-cv-00123-BSM**

**ARCARE, INC.**                                                      **DEFENDANT**

**Consolidated Case Nos.**
**3:22-cv-00139-BSM**
**3:22-cv-00140-BSM**
**4:22-cv-00454-BSM**
**4:22-cv-00571-BSM**

## ORDER

This case was stayed September 19, 2025.  The clerk is directed to lift the stay, administratively terminate the case, nunc pro tunc as of September 19, 2025, and reopen effective as of the date of this order.

IT IS SO ORDERED this 3rd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE